IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR206 |
| vs. | ) | |
| | ) | ORDER |
| JACLYN JOLENE DAVIDSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on defendant's MOTION TO EXTEND DEADLINE AND CONTINUE TRIAL [23]. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by August 9, 2013. Additionally, the trial scheduled for August 5, 2013 is cancelled and shall be rescheduled by further Order of the Court after the expiration of the Pretrial Motion deadline.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND DEADLINE AND CONTINUE TRIAL [23] is granted. Pretrial motions shall be filed on or before **August 9, 2013.**

2. The jury trial scheduled for August 5, 2013 is hereby cancelled and will be rescheduled by further Order of the Court upon the expiration of the Pretrial Motion deadline.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between June 25, 2013 and August 9, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of June, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge