## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:13CR206** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JACLYN JOLENE DAVIDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the defendant's Motion for Pretrial Release (#28). The defendant, Jaclyn Jolene Davidson, moves the court for pretrial release to the home of her boyfriend, Romando Gonzalez. The motion is denied without hearing.

The indictment charges the defendant with assault with a dangerous weapon. After review of the defendant's original Pretrial Release report (#7), the July 18, 2013 Memorandum of Pretrial Services, and the June 11, 2013 Detention Order (#17), I find the defendant remains both a flight risk and a danger and that the proposed placement of the defendant fails to address the court's concerns. This is especially true of her failure to appear, as during the defendant's four prior criminal charges (2001 through 2007), she failed to appear on nine occasions.

**IT IS ORDERED:** The defendant Jaclyn Jolene Davidson's Motion for Pretrial Release (#28) is denied without hearing.

Dated this 23rd day of July 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge